**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**


**Faye Gu**

        Plaintiff,

        V.

                            CIVIL ACTION NO. <u>1:25-12874-LTS</u>


**Hector Lasalle et al.,**

        Respondents.


## <u>ORDER OF DISMISSAL</u>


<u>Sorokin, D. J.</u>


      In accordance with the Court's Memorandum and Order dated May 27, 2026 and having received no response from the Plaintiff, it is hereby ORDERED that this action is DISMISSED.


                          By the Court,


<u>6/29/2026  </u>                    <u>/s/ Flaviana de Oliveira </u>
    Date                              Deputy Clerk